UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18551
    CARROLL L SR FURLOUGH
    TONIA L SMITH FURLOUGH                      CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-6336    SSN XXX-XX-7684

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/09/2007 and was confirmed 11/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/21/2009.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FRANKLIN CREDIT MANAGEME | CURRENT MORTG | .00 | .00 | .00 |
| FRANKLIN CREDIT MANAGEME | MORTGAGE ARRE | .00 | .00 | .00 |
| TIDEWATER MOTOR CREDIT | SECURED VEHIC | 7500.00 | 532.59 | 1269.10 |
| TIDEWATER MOTOR CREDIT | UNSECURED | 7378.56 | | |
| IL STATE DISBURSEMENT UN | NOTICE ONLY | NOT FILED | .00 | .00 |
| KIM WARREN | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1805.35 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7867.19 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AIS SERVICES LLC | UNSECURED | 420.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | .00 | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| COLLECTION SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 772.07 | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 416.87 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC TAXPAYER FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LINCOLN TECH | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 07 B 18551 CARROLL L SR FURLOUGH & TONIA L SMITH FURLOUGH

```
NCO FINANCIAL              UNSECURED      NOT FILED              .00              .00
NCO COLLECTION AGENCY      UNSECURED      NOT FILED              .00              .00
NICOR GAS                  UNSECURED       2366.76              .00              .00
NICOR GAS                  UNSECURED      NOT FILED              .00              .00
PINNACLE FINANCIAL         UNSECURED      NOT FILED              .00              .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED              .00              .00
RMI/MCSI                   UNSECURED        100.00              .00              .00
SALLIE MAE SERVICING COR   UNSECURED       7906.66              .00              .00
SALLIE MAE LSCF            UNSECURED      NOT FILED              .00              .00
CAPITAL ONE                UNSECURED       1186.04              .00              .00
B-REAL LLC                 UNSECURED        996.77              .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY        433.55              .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED       1505.60              .00              .00
AMERICREDIT FINANCIAL SV   UNSECURED      13685.39              .00              .00
ROUNDUP FUNDING LLC        UNSECURED        118.84              .00              .00
IL STATE DISBURSEMENT UN   DSO ARREARS     1571.31              .00              .00
TRIAD FINANCIAL CORP       SECURED NOT I       .00              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,824.00                           2,778.71
TOM VAUGHN                 TRUSTEE                                             369.60
DEBTOR REFUND              REFUND                                                 .00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

```
TRUSTEE                    4,950.00

PRIORITY                                          .00
SECURED                                      1,269.10
     INTEREST                                  532.59
UNSECURED                                         .00
ADMINISTRATIVE                               2,778.71
TRUSTEE COMPENSATION                           369.60
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                     4,950.00          4,950.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE